JACK TOBIN, Respondent, *v.* ARIEL HOLDING CORPORATION et al., Appellants.

Argued June 14, 1943; decided July 20, 1943.

*Everett W. Bovard* for appellants.

*I. Maurice Wormser, Louis H. Schleider* and *Morris Silver* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.